**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 14-403-SLR-SRF |
| ORACLE CORPORATION, | ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) ) ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Selene Communication Technologies, LLC ("Plaintiff") and Defendant Oracle Corporation ("Defendant"), having resolved Plaintiff's claims for relief against Defendant, hereby stipulate to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's counterclaims against Plaintiff without prejudice.  Plaintiff and Defendant will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

October 20, 2014

BAYARD, P.A.                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Stephen B. Brauerman                        /s/ Stephen J. Kartschik
Richard D. Kirk (#922)                          Mary B. Graham (#2256)
Stephen B. Brauerman (#4952)                    Stephen J. Kraftschik (#5623)
Vanessa R. Tiradentes (#5398)                   1201 North Market Street
Sara E. Bussiere (#5725)                        P.O. Box 1347
222 Delaware Avenue, Suite 900                  Wilmington, DE  19899
Wilmington, DE  19801                           (302) 658-9200
rkirk@bayardlaw.com                             mgraham@mnat.com
sbrauerman@bayardlaw.com                        skraftschik@mnat.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com                         *Attorneys for Defendant Oracle Corporation*

*Attorneys for Plaintiff Selene Communication*
*Technologies, LLC*

IT IS SO ORDERED this _____day of October, 2014.


_____
United States District Judge